THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ(SBN: 229637)
Special Assistant United States Attorney
   Room 7211, Federal Building
   300 North Los Angeles Street           **E-FILED 03/05/08**
   Los Angeles, California  90012
   Telephone:  (213) 894-2729
   Facsimile:  (213) 894-0115
   Email: valerie.makarewicz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>LARRY CLOUGH, et al.,<br><br>                Defendants. | Case No. CV 07-3511 PSG (CWx)<br><br>[PROPOSED] JUDGMENT IN FAVOR OF UNITED STATES OF AMERICA AND AGAINST DEFENDANT LARRY CLOUGH AND PAULA CLOUGH, f.k.a. PAULA SORRELS AS TO COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT AND TO FORECLOSE TAX LIENS |

    Based upon the Stipulation for Entry of Judgment filed concurrently herewith, Judgment is hereby entered against defendant Larry Clough and Paula Clough (formerly known as Paula Sorrels) and in favor of plaintiff, the United States of America, as to the "Complaint to Reduce Tax Assessments to Judgment and Foreclose Federal Tax Lien" ("Complaint") filed on May 30, 2007, as follows:

    1.   That the assessments of joint Federal income tax liabilities that the Internal Revenue Service ("IRS") made on various dates against Larry Clough and Paula Clough for the

calendar years 1996, 2001, 2002, 2003, and 2004 ("Subject Joint Income Tax Liabilities") are hereby reduced to Judgment. Accordingly, the United States shall recover against Larry Clough and Paula Clough regarding the Subject Joint Income Tax Liabilities a Judgment in the amount of $135,699.90, plus statutory penalties and interest accruing on such amount after March 4, 2008, until such Judgment is paid in full.  Larry Clough and Paula Clough are jointly and severally liable for the Subject Joint Income Tax Liabilities, which consist of the following specific amounts for each period at issue:

| Tax Year | Unpaid Assessed Balance | Accrued Penalties | Accrued Interest | Total as of 3/4/08 |
|---|---|---|---|---|
| 1996 | $ 8,420.18 | $1,963.20 | $9,546.98 | $19,930.36 |
| 2001 | $19,099.89 | $3,936.90 | $7,598.18 | $30,634.97 |
| 2002 | $ 9,284.24 | $1,603.14 | $3,002.48 | $13,889.86 |
| 2003 | $29,863.37 | $6,143.06 | $8,108.34 | $44,114.77 |
| 2004 | $19,808.16 | $3,598.35 | $3,723.43 | $27,129.94 |
| | | | Grand Total | $135,699.90 |

   2. That the assessments of Federal income tax liabilities that the IRS made on various dates against Larry Clough for the calendar years 1998, 1999, and 2000, ("Subject Individual Income Tax Liabilities") are hereby reduced to Judgment.  Accordingly, the United States shall recover against Larry Clough regarding the Subject Individual Income Tax Liabilities a Judgment in the amount of $21,724.96, plus statutory penalties and interest accruing on such amount after March 4, 2008, until such Judgment is paid in full.  Larry Clough is liable for the Subject Individual Income Tax Liabilities, which consist of the following specific amounts for each period at issue:

2

| Tax Year | Unpaid Assessed Balance | Accrued Penalties | Accrued Interest | Total as of 3/4/08 |
|---|---|---|---|---|
| 1998 | $10,652.31 | $2,015.79 | $7,876.42 | $20,544.52 |
| 1999 | $    0.00 | $    95.53 | $  280.34 | $   375.87 |
| 2000 | $   97.88 | $   316.25 | $  390.44 | $   804.57 |
| | | | Grand Total | $21,724.96 |

3.     That Judgment in the **total amount** of $135,699.90, plus penalties and statutory interest accruing on such amount after March 4, 2008, until such Judgment is paid in full, is hereby entered against defendants Larry Clough and Paula Clough, as to which both parties are jointly and severally liable.

4.     That a further Judgment in the **total amount** of $21,724.96, plus penalties and statutory interest accruing on such amount after March 4, 2008, until such Judgment is paid in full, is hereby also entered against defendant Larry Clough.

5.     That Larry Clough and Paula Clough are the owners of the real property located at 4142 Deborah Street, Simi Valley, California 93063,("Subject Real Property"), and legally described as:

> Lot 69 of Wright Ranch Track Unit 1, as per map recorded in Book 24, Pages 69 and 70 of maps, in the City of Simi Valley County Recorder of Ventura County, State of California

6.     That the United States has valid and existing tax liens against the Subject Real Property for the unpaid Subject Joint Income Tax Liabilities incurred by Larry Clough and Paula Clough and the Subject Individual Tax Liabilities separately incurred by defendant Larry Clough.  Accordingly, those liens are hereby

reduced to Judgment, and such liens are hereby foreclosed against the interests of Larry Clough and Paula Clough in the Subject Real Property.

    7.   That the United States shall not attempt to enforce this Judgment or to otherwise conduct a foreclosure sale of the Subject Real Property until <u>April 1, 2008</u>, in order enable Larry Clough and Paula Clough to attempt to voluntarily sell the Subject Property to pay this Judgment.

    8.   That if either Larry Clough and Paula Clough have not paid the full amount of this Judgment or otherwise settled the Judgment by <u>April 1, 2008</u>, then the United States may thereafter apply to this Court for enforcement of this Judgment in Favor of the United States against Larry Clough and Paula Clough.

    9.   That if either Larry Clough and Paula Clough have not paid the full amount of this Judgment or otherwise settled the Judgment by <u>April 1, 2008</u>, then the United States may thereafter apply to this Court for an Order of Sale of the Subject Real Property.

    10.   That, if the IRS conducts a foreclosure sale of the Subject Real Property by reason of this Judgment, the proceeds of such sale shall be paid to the parties in the following order or priority:

        a.   <u>First</u>, to defendant MIDFIRST BANK, MIDLAND MORTGAGE CO., in satisfaction of the unpaid balance of the debt secured by the Grant Deed on the Subject Real Property, issued to Larry Clough and Paula Clough and recorded in Ventura County on <u>May 29, 1990</u>, as instrument no. 90-079773.

4

        b.    <u>Second</u>, to the unpaid balance of the Federal tax lien against the Subject Real Property held by the United States for the calendar year 1996, recorded against Larry Clough and Paula Clough in Ventura County on <u>February 16, 2006</u>, as instrument no. 20060216-0032661, with an assessment date of June 2, 1997.

        c.    <u>Third</u>, to the unpaid balance of the Federal tax lien against the Subject Real Property held by the United States for the calendar year 2001, recorded against Larry Clough and Paula Clough in Ventura County on <u>February 16, 2006</u>, as instrument no. 20060216-0032661, with an assessment date of September 30, 2002.

        d.    <u>Fourth</u>, to the unpaid balance of the Federal tax lien against the Subject Real Property held by the United States for the calendar year 2002, recorded against Larry Clough and Paula Clough in Ventura County on <u>February 16, 2006</u>, as instrument no. 20060216-0032661, with an assessment date of September 29, 2003.

        e.    <u>Fifth</u>, to the unpaid balance of the Federal tax lien against the Subject Real Property held by the United States for the calendar year 2003, recorded against Larry Clough and Paula Clough in Ventura County on <u>February 16, 2006</u>, as instrument no. 20060216-0032661, with an assessment date of September 27, 2004.

        f.    <u>Sixth</u>, to the unpaid balance of the Federal tax lien against the Subject Real Property held by the United States for the calendar year 2004, recorded against Larry Clough and Paula Clough in Ventura County on <u>February 16, 2006</u>, as instrument no. 20060216-0032661, with an assessment date of December 5, 2005.

        g.    <u>Seventh</u>, to the unpaid balance of the Federal tax lien against the Subject Real Property held by the United States for the calendar year 1998, recorded against Larry Clough in Ventura County on <u>March 8, 2006</u>, as instrument no. 20060308-0050011, with an assessment date of November 22, 1999.

        h.    <u>Eighth</u>, to the unpaid balance of the Federal tax lien against the Subject Real Property held by the United States for the calendar year 1999, recorded against Larry Clough in Ventura County on <u>March 8, 2006</u>, as instrument no. 20060308-0050011, with an assessment date of November 20, 2000.

        i.    Ninth, to the unpaid balance of the Federal tax lien against the Subject Real Property held by the United States for the calendar year 2000, recorded against Larry Clough in Ventura County on <u>March 8, 2006</u>, as instrument no. 20060308-0050011, with an assessment date of June 4, 2001.

    11.    That, if the IRS conducts a foreclosure sale of the Subject Real Property by reason of this Judgment, no defendant besides MIDFIRST BANK, MIDLAND MORTGAGE CO. shall be entitled to

6

1 receive payment of its alleged lien or claim from the sales
2 proceeds of the Subject Real Property because no such party has a
3 valid or existing lien upon or interest in such Property or sales
4 proceeds.  Specifically, the Default of defendant NCO Financial
5 Systems Inc. was entered by the Clerk of this Court on <u>September</u>
6 <u>27, 2007</u>, due to its failure to plead or otherwise defend the
7 Complaint filed in this action.  On December 19, 2007, the United
8 States filed a Motion for Default Judgement of NCO Financial
9 Systems Inc., which has subsequently been taken under submission
10 by this Court at the time of filing this Proposed Order.
11      12.   That, if the IRS conducts a foreclosure sale of the
12 Subject Real Property by reason of this Judgment, this Court
13 hereby retains jurisdiction of this action for the
14 purpose of making proper distribution of the proceeds of sale,
15 pursuant to the IRS's Accounting and Report of Sale.
16      IT IS SO ORDERED.

18     DATED:03/04/08               PHILIP S. GUTIERREZ
                                    _____
                                    **PHILIP S. GUTIERREZ**
19                                  UNITED STATES DISTRICT JUDGE

21 Presented by:

   _____
24 VALERIE MAKAREWICZ
   Special Assistant U.S. Attorney